**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 07-6867**

---

EMMETT MADISON GRAHAM, JR.,

Plaintiff - Appellant,

versus

JOHN D. ASHCROFT, Attorney General; HARLEY G.
LAPPIN; K. J. WENDT; JANET BUNTS, Health Care
Administrator;    ABDULMALEK    SABBAGH,
Cardiologist; M. L. VELTRI, Unit Manager;
DORIS WILLIAMS, Doctor, Medical Director,

Defendants - Appellees.

---

Appeal from the United States District Court for the Northern
District of West Virginia, at Elkins.  Robert E. Maxwell, Senior
District Judge.  (2:05-cv-00089-REM)

---

Submitted:  October 11, 2007          Decided:  October 17, 2007

---

Before MICHAEL and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Emmett Madison Graham, Jr., Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Emmett Madison Graham, Jr., appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his complaint filed pursuant to <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Graham v. Ashcroft</u>, No. 2:05-cv-00089-REM (N.D.W. Va. May 24, 2007). We deny Graham's motions for appointment of counsel and to stay the case. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>